UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRIN JAY HOWARD,<br><br>Defendant. | Case No. CR20-211RSL<br><br>ORDER DENYING REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's request for early termination of supervised release. Dkt. # 5.

On April 30, 2019, defendant pled guilty to assault of a spouse by suffocation, in violation of 18 U.S.C. § 1153 and § 113(a)(8). Dkt. # 2-1 at 2. On August 2, 2019, the U.S. District Court for the Eastern District of Washington sentenced defendant to fourteen months of imprisonment and three years of supervised release. Dkt. # 2-2. This Court accepted jurisdiction over defendant on November 30, 2020. Dkt. # 1. Defendant began his term of supervision on May 13, 2020, and it is set to expire on May 12, 2023. Dkt. # 5 at 1.

The Court "may, after considering the factors set forth in [18 U.S.C. § 3553(a)] . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court enjoys "discretion to consider a wide range of circumstances when determining whether

ORDER DENYING REQUEST FOR
TERMINATION OF SUPERVISED RELEASE - 1

to grant early termination." <u>United States v. Emmett</u>, 749 F.3d 817, 819 (9th Cir. 2014) (citing <u>United States v. Pregent</u>, 190 F.3d 279, 283 (4th Cir. 1999)).

The Court is pleased to learn that defendant is doing well under supervised release and commends defendant's progress, in particular, his stable employment and focus on raising his children. Considering, however, the benefit he is receiving from supervision, and defendant's history of violence, the Court finds that it would be premature to terminate his term of supervised release. <u>See</u> 18 U.S.C. §§ 3583(e)(1), 3553(a). Accordingly, at this time, defendant's request for early termination of supervised release (Dkt. # 5) is DENIED. The Court encourages defendant to remain violation-free, and the Court would consider a renewed request for early termination on or after May 13, 2022.

IT IS SO ORDERED.

DATED this 19th day of October, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge