THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>DARRIN JAY HOWARD<br><br>                Defendant. | CASE NO. CR20-0211-JCC<br><br>ORDER |

This matter comes before the Court on the Probation and Pretrial Services' petitions for revocation of supervised release. (Dkt. Nos. 7, 14.) Having reviewed the record, the briefing, and after holding an evidentiary hearing on the matter, the Court finds insufficient evidence to support the supervised release violations, as alleged, (*see* Dkt. No. 23), and ORDERS Defendant released from detention.

DATED this 17th day of May 2021.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0211-JCC
PAGE - 1